**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **Criminal No. CR-23-137-09** |
| **v.** | * |
| | * |
| **KEITH MCDUFFIE** | * |
| | * |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW KEITH MCDUFFIE TO TRAVEL TO LOS ANGELES, CALIFORNIA TO VISIT HIS WIFE

Comes now Keith McDuffie, through undersigned counsel, and respectfully moves this Honorable Court, to modify Mr. McDuffie's conditions of release to allow him to travel to Los Angeles, California to visit and stay with his wife at their apartment in Los Angeles, with travel from April 24, 2024 to May 4, 2024, with conditions as set forth below. The government advises that it does not oppose this Motion.

In support of this motion, undersigned counsel, on behalf of Mr. McDuffie, states the following on information and belief:

Keith McDuffie resides in Los Angeles, California with his wife. In December this Court granted Mr. McDuffie's request to travel to California to spend time with his wife – the first time he had seen his wife since his arrest and transfer to this district. Specifically, in response to Mr. McDuffie's motion to modify in ECF 118, on December 19, 2023, the Court ruled:

> MINUTE ORDER granting 118 Motion to Modify Conditions of Release as to KEITH MCDUFFIE (9). Mr. McDuffie is hereby permitted to travel to his wife's residence in Los Angeles, California from December 23, 2023 to January 3, 2024, following which he must return immediately to his parents' home. While in Los Angeles, he must remain inside the residence between 10:00 p.m. and 6:00 a.m. and must remain within a 10-mile radius of the residence at all times. Mr. McDuffie is excused from any scheduled drug tests during this period. All other existing conditions of release remain in place. Signed by Judge Christopher R. Cooper on 12/19/2023. (lccrc1) (Entered: 12/19/2023)

Mr. McDuffie respectfully requests that the Court grant his request and allow him to travel to California to spend time with his wife with the same conditions that the Court approved in December. There were zero issues with that trip and in the subsequent four months Mr. McDuffie has continued to abide by all his pretrial release conditions, including negative drug tests.

Counsel has reviewed and discussed this motion and its proposed terms with the government. The government advises that it does not oppose the motion.

WHEREFORE, the defendant, Keith McDuffie, respectfully moves the Court to enter an order that modifies his conditions of release to allow him to travel to Los Angeles, California from April 24, 2024 to May 4, 2024, following which he must return immediately to his parents' home, that while in Los Angeles he must remain inside the residence between 10:00 p.m. and 6:00 a.m. and must remain within a 10-mile radius of the residence at all times, that he is excused from any scheduled drug tests during this period, and that all other existing conditions of release remain in place.

Respectfully submitted,

Date: April 2, 2024

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky, # 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Tel: 571-207-9710
Cell: 202-409-2084
Fax: 571-777-9933
ed@ungvarskylaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, this 2nd day of April, 2024, I caused a copy of the foregoing motion to be served on counsel of record via the District Court's Electronic Case Filing system.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky